STATE OF NORTH CAROLINA v. MILES WILSON GREENE, JR.

No. 8217SC359

(Filed 2 November 1982)

**Criminal Law §§ 159.1, 166— filing stenographic transcript—failure to attach portions of transcript as appendix to brief**

> Defendant's appeal is subject to dismissal where defendant filed the stenographic transcript of the evidence at trial in lieu of a narration of the evidence but failed to reproduce verbatim and attach as an appendix to his brief those portions of the transcript essential to an understanding of the questions presented as required by App. Rules 9(c)(1) and 28(b)(4).

APPEAL by defendant from *Rousseau, Judge.* Judgment entered 12 November 1981 in Superior Court, SURRY County. Heard in the Court of Appeals 19 October 1982.

Defendant appeals from a judgment of imprisonment entered upon his conviction of felonious breaking or entering and felonious larceny.

*Attorney General Edmisten, by Associate Attorney Thomas J. Ziko, for the State.*

*Appellate Defender Adam Stein, by Assistant Appellate Defender James H. Gold, for defendant appellant.*

WHICHARD, Judge.

Pursuant to Rule 9(c)(1), Rules of Appellate Procedure, defendant chose to file a stenographic transcript of the trial proceedings in lieu of a narration of the evidence. He did not, however, reproduce verbatim and attach as an appendix to his brief those portions of the transcript essential to an understanding of the questions presented, as required by Rule 28(b)(4), Rules of Appellate Procedure, when the stenographic transcript option is chosen.

Failure to observe the requirements of Rule 28(b)(4) constitutes a substantial impediment to the capacity of this Court to perform its functions. "Rules of Appellate Procedure are mandatory and failure to observe them is grounds for dismissal of the appeal." *State v. Wilson,* 58 N.C. App. 818, 819, 294 S.E. 2d 780 (1982). *See also State v. Nickerson,* 59 N.C. App. 236, 296 S.E. 2d 298 (1982).

Because of defendant's failure to observe the requirements of Rule 9(c)(1) and Rule 28(b)(4), the appeal is dismissed.

Appeal dismissed.

Judges VAUGHN and WELLS concur.